IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Carlos D. Robinson, *a/k/a Carlos Demond Robinson*,<br><br>            Petitioner,<br><br>vs.<br><br>Linda Thomas, Warden,<br><br>            Respondent. | C/A No. 9:15-2344-JFA-BM<br><br><br><br><br><br>**ORDER** |

      Carlos D. Robinson, *a/k/a Carlos Demond Robinson* ("Robinson"), proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner is a federal prisoner at FCI – Edgefield.

      The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation wherein he recommends that this Court dismiss the petition without prejudice. The Report and Recommendation sets forth the relevant facts and standards of law in this matter, and the Court incorporates such without a recitation.

      The parties were advised of their right to file objections to the Report and Recommendation, which was entered on the docket on November 12, 2015. ECF No. 9. However, no objections were filed. In the absence of specific objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this Court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. The Report is incorporated herein by reference in its entirety.

Accordingly, Robinson's petition for a writ of habeas corpus is **DISMISSED** without prejudice and without requiring Respondent to file a return.

**IT IS SO ORDERED**.

March 28, 2016                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                          United States District Judge